445 A.2d 251

Senko v. Senko, Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

634

Argued March 15, 1982. John J. Dean, for appellant; John W. Jordan, IV, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the court is affirmed.